**IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION**


**SAMMY LEE DONTON,**

      **Plaintiff,**

**vs.**                            **Case No. 5:03cv295-RH/WCS**

**DR. JULIA BERRIOS,
PHYSICIAN'S ASSISTANT MORALES,
and DR. SEYMOUR ROSEN, et al.,**

      **Defendants.**

                                      **/**


## O R D E R

      Defendant Rosen's motion for a HIPAA Qualified Protective Order is pending.

Doc. 52.  There is no certificate of conferral as required by Local Rule 7.1(B).

      It appears that this motion was filed in written form, and was not electronically

filed.  Apparently a written proposed order was sent to the Clerk along with this motion.

There is no mention of the proposed order in the motion, the proposed order is not on

the docket, and there is no indication that a copy of the proposed order has been served

upon Plaintiff or the other Defendants.

The proposed order is reasonable.  But it cannot be entered until it is clear that the proposed order came from Defendant Rosen and that all other parties have been served with a copy of the proposed order.  Defendant Rosen also must certify that he has conferred with the other parties to see if they will stipulate to entry of this proposed order as required by Local Rule 7.1(B).

Accordingly, it is **ORDERED** that:

1.  Defendant Rosen shall serve a copy of the proposed order upon Plaintiff and the other Defendants and file the proposed order with that certificate of service.  This filing shall also be accompanied by a certificate of conferral as required by Local Rule 7.1(B).

2.  The other parties shall have until **June 29, 2005**, to file objections to the proposed order.

3.  The Clerk shall refer this file to me on **June 30, 2005**.

**DONE AND ORDERED** on June 15, 2005.

s/    William C. Sherrill, Jr.
**WILLIAM C. SHERRILL, JR.**
**UNITED STATES MAGISTRATE JUDGE**