# IN THE UNITED STATES DISTRICT COURT FOR THE
# NORTHERN DISTRICT OF FLORIDA
# PANAMA CITY DIVISION

SAMMY LEE DONTON,

    Plaintiff,

v.                                         CASE NO.  5:03cv295-RH/WCS

DR. JULIA BERRIOS et al.,

    Defendants.

_____/

## ORDER DISMISSING CLAIMS AGAINST
## DEFENDANTS BERRIOS AND MORALES

This matter is before the court on the magistrate judge's report and recommendation (document 51), to which no objections have been filed.  Upon consideration,

    IT IS ORDERED:

The report and recommendation is ACCEPTED and adopted as the opinion of the court.  The motion to dismiss filed by defendants Berrios and Morales, (document 41) is GRANTED.  All claims against these defendants are dismissed.  I do *not* direct the entry of judgment under Federal Rule of Civil Procedure 54(b).  This matter is remanded to the magistrate judge for further proceedings.

    SO ORDERED this 10th day of October, 2005.

                                                            s/Robert L. Hinkle
                                                             Chief United States District Judge